IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ERIK LEE PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1715-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF SALEM d/b/a WILLAMETTE VALLEY COMMUNICATIONS CENTER, MARION COUNTY, GRANT ZAITZ and JEFFREY GOODMAN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

David D. Park
Elliott & Park
0324 SW Abernethy Street
Portland, Oregon  97239

Dennis Steinman
Kell Alterman Runstein
520 SW Yamhill Street, Suite 600
Portland, Oregon  97201

    Attorneys for Plaintiff

Page 1 - ORDER

>    Aaron D. Felton
>    City of Salem
>    555 Liberty Street, SE, Room 205
>    Salem, Oregon  97301
>
>    Kirstin E. Lurtz
>    Marion County Legal Counsel
>    555 Court Street, N. E.
>    P. O. Box 14500
>    Salem, Oregon  97309
>
>    Steven A. Kraemer
>    Jason A. Gardner
>    Travis J. Mayor
>    Hoffman Hart & Wagner, LLP
>    1000 SW Broadway, 20th Floor
>    Portland, Oregon  97205
>
>        Attorneys for Defendants

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on July 8, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  Both plaintiff and defendants have filed objections.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a *de novo* determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

Page 2 - ORDER

Accordingly, I ADOPT Judge Stewart's Findings and Recommendation (#72).

Defendants' Motion for Summary Judgment (#34) is DENIED, and plaintiff's Motion for Partial Summary Judgment against Marion County (#40) is DENIED.

Dated this ____19th_____ day of September, 2008.


                                           /s/ Garr M. King  
                                           Garr M. King  
                                           United States District Judge